**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DESTINY SHEPHERD,

      Plaintiff,

v.                                                Case No. 3:22-cv-48-MMH-LLL

JEFFERSON CAPITAL
SYSTEMS, LLC,

      Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Pending Settlement (Dkt. No. 10; Notice) filed on May 19, 2022. In the Notice, Defendant advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **July 20, 2022**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **July 20, 2022**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. This case remains administratively closed pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of May, 2022.

                                MARCIA MORALES HOWARD
                                United States District Judge

ja

Copies to:

Counsel of Record